No. 10-9487. Cory L. Melvin, Petitioner v. North Carolina.

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3647.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 364 N.C. 620, 705 S.E.2d 366.